IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00850-CMA-NYW    §
§
VENDAVO, INC.,                            §
§
      Plaintiff,                          §
§
v.                                        §
§
CONNIE KOURY,                             §
      Defendant.

---

**NON-PARTY PROS, INC.'S  UNOPPOSED MOTION TO INTERVENE AND PARTICIPATE IN DISCOVERY DISPUTE CONFERENCE**

---

Non-Party PROS, Inc. ("PROS") submits this Unopposed Motion to Intervene and Participate in Discovery Dispute Conference.  PROS seeks to participate in a telephonic discovery conference in the above-captioned matter, scheduled for October 28, 2020 at 10:30 am.  PROS is a non-party to this case, but has been served with a third-party subpoena by Plaintiff Vendavo, Inc.  This third-party subpoena is the subject of Vendavo's Motion to Modify Scheduling Order [ECF No. 28], which is the motion being addressed in the Discovery Conference.

So that the Court may be able to hear from all affected parties and efficiently resolve the issues raised in the Motion to Modify Scheduling Order, PROS respectfully requests that it be allowed to attend and participate in tomorrow's Discovery Conference.  Counsel for PROS are admitted to the District of Colorado, and are available to participate at the scheduled time.

Counsel for PROS has conferred with counsel for Plaintiff Vendavo, Inc. and Defendant Connie Koury.  Both Plaintiff and Defendant are **<u>unopposed</u>** to the relief requested in this motion.

**NON-PARTY PROS, INC.'S MOTION TO INTERVENE AND PARTICIPATE — PAGE** 1

Accordingly, PROS respectfully requests that the Court grant this motion and allow PROS to attend and participate in the telephonic discovery conference on October 28, 2020.

Dated: October 27, 2020.

*/s/ Brett Rector*

Brett Rector
 Texas Bar No. 24098311
Anthony J. Campiti
 Texas Bar No. 00798092
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Fax: (214) 969-1751
Email: brett.rector@tklaw.com
Email: tony.campiti@tklaw.com

ATTORNEYS FOR PROS, INC.

## CERTIFICATE OF CONFERENCE

I certify that I personally conferred with John Warden, counsel for Plaintiff Vendavo, Inc.

and Barry Boughman, counsel for Defendant Connie Koury via telephone and email, respectively,

on October 27, 2020 and that Plaintiff and Defendant are unopposed to this motion.

*/s/ Brett Rector*
Brett Rector

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by the Court's electronic

filing system on October 27, 2020 on all counsel of record as listed below:

John A. Wharton
GREENBERG TRAURIG, LLP
1144 Fifteenth St., Ste. 3300
Denver, Colorado 80202
whartonj@gtlaw.com
L. Scott Oliver
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Floor
East Palo Alto, CA 94303
soliver@gtlaw.com

Steven Feder
THE FEDER LAW FIRM
625 E. 16th Ave. West Wing
Denver, CO 80203
steve@federlawfirm.com

*/s/ Brett Rector*
Brett Rector

NON-PARTY PROS, INC.'S MOTION TO INTERVENE AND PARTICIPATE — PAGE 3