IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00850-CMA-NYW    §
§
VENDAVO, INC.,    §
§
Plaintiff,    §
§
v.    §
§
CONNIE KOURY,    §

Defendant.

## Order

Before the Court is Non-Party PROS, Inc. ("PROS") Unopposed Motion to Intervene and Participate in Discovery Dispute Conference. Having considered the Motion, the Court hereby GRANTS the relief requested. Counsel for PROS may participate in the telephonic discovery conference in the above-captioned matter, scheduled for October 28, 2020 at 10:30 am.

IT IS SO ORDERED.

_____

Presiding Judge

**ORDER**