IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 20-cv-00850-CMA-NYW | Date: | October 28, 2020 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW-FTR* |

| *Parties* | *Counsel* |
|---|---|
| VENDAVO INC., | *John A. Wharton* |
| | *L. Scott Oliver* |
| **Plaintiff,** | |
| v. | |
| CONNIE KOURY, | *Steven M. Feder* |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY CONFERENCE**

Court in Session: 10:30 a.m.

Appearance of counsel.  Also present are Mr. Brett Rector and Mr. Anthony J. Campiti on behalf of non-party PROS, Inc. Counsel proceeds with permission from the court.

Discussion regarding Vendavo's Motion to Modify Scheduling Order [28] filed October 23, 2020 and Vendavo's request to extend discovery until January 29, 2021. The third-party subpoena served to PROS, Inc. is part of the outstanding discovery Plaintiff seeks.

Parties discuss if it is more efficient to proceed by filing a motion to quash or to hold an informal discovery conference. Mr. Campiti indicates they have already prepared a draft motion.

**ORDERED: On or before November 2, 2020, PROS, Inc. shall file a motion to quash. Parties shall respond on or before November 9, 2020.**

Court in Recess: 10:42 a.m.            Hearing concluded.            Total time in Court:  00:12

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.